UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff,

          -against-

JOHN PORCELLO

                            Defendant.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22 CR 29 (KAM)

      **PLEASE TAKE NOTICE** that Gary Farrell should be added to the docket as retained counsel for the defendant.

Dated:     Janaury 19, 2022
              New York, New York

                                                Gary Farrell
                                               40 Exchange Place, Suite 1800
                                               New York, New York 10005
                                               (212) 822-1434
                                               Garyfesq@aol.com